COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 CHRISTOPHER DURAN,
  
                            
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00312-CR
  
 Appeal from the
  
 210th
 District Court
  
 of El
 Paso County, Texas
  
 (TC#
 70382)
 
 




 

 

O P I N I O N

 

Pending before the Court is Appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P.
42.2(a), which states that:

(a) At any time before the appellate court=s decision, the appellate court may dismiss the appeal
if the party that appealed withdraws its notice of appeal--by filing a written
withdrawal in duplicate with the appellate clerk, who must immediately send the
duplicate copy to the trial court clerk. 
An appellant must personally sign the written withdrawal. 

 








Appellant has
signed his motion to dismiss the appeal. 
On the face of the motion it is indicated that the Clerk of this Court
has sent a duplicate copy of the motion to the trial court clerk.  Appellant having complied with the
requirements of Rule 42.2(a), the Court has considered this cause on Appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

October 3, 2002

 

RICHARD BARAJAS, Chief Justice

 

Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.

 

(Do Not Publish)